

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA            :    INDICTMENT

            -v.-                    :    07 Cr.

BETHANY SILLAH,                     :
                                         07 CRIM 1063
            Defendant.              :

- - - - - - - - - - - - - - - - - -X
```

COUNT ONE

The Grand Jury charges:

1. From at least in or about 2002, up to on or about August 9, 2007, in the Southern District of New York, BETHANY SILLAH, the defendant, did manage and control a place, either as a lesee or occupant, and did unlawfully, intentionally and knowingly make available for use, with or without compensation, the place for the purpose of unlawfully storing, distributing and using a controlled substance, to wit, SILLAH made available for use 353 West 118th Street, Apartment 1C, New York, New York, for the purpose of storing and packaging heroin and phencyclidine.

(Title 21, United States Code, Section 856(a)(2).)

FORFEITURE ALLEGATION

2. As a result of committing the controlled substance offense alleged in Count One of this Indictment, BETHANY SILLAH, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds she obtained directly or indirectly as a result of

the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment.

       3.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      (1) cannot be located upon the exercise of due diligence;

      (2) has been transferred or sold to, or deposited with, a third person;

      (3) has been placed beyond the jurisdiction of the Court;

      (4) has been substantially diminished in value; or

      (5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1) and 853.)

_____  
Foreperson

_____  
MICHAEL J. GARCIA  
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

BETHANY SILLAH,

Defendant.

**INDICTMENT**

07 Cr. (___)

(21 U.S.C. § 856)

MICHAEL J. GARCIA
United States Attorney.