# CHARLES S. HOCHBAUM
# ATTORNEY-AT-LAW

| | |
|---|---|
| **16 Court Street** | **30 Jericho Executive Plaza** |
| **Suite 1800** | **Suite 100** |
| **Brooklyn, NY 11241** | **Jericho, N.Y. 11753** |
| **(718) 855-4800** | **(516) 227-2111** |
| fax: **(718)855-4877** | fax: **(516) 739-2445** |
| e-mail: **crimdefend @aol.com** | |

Via Fax and ECf

Hon. Shira Scheindlin
United States District Court
Southern District of NY

Re: United States v Sillah 07-cr-1063

Your Honor,

     The above matter is scheduled for a conference before you on January 25, 2008. I am presently on trial in the matter of People v Azeeze in the Supreme Court, Queens County in front of Judge D. Lewis. I am therefore requesting an adjournment of the conference for at least 3 weeks. I have left a message for AUSA Moyne to inform her of this request. The defendant requests that all time between tomorrow and the next status conference be excluded from any speedy trial time calculation

Your cooperation in this regard is greatly appreciated

                                                Respectfully,

                                                CHARLES S. HOCHBAUM