Original



# CHARLES S. HOCHBAUM
## ATTORNEY-AT-LAW

**16 Court Street**  
**Suite 1800**  
**Brooklyn, NY 11241**  
**(718) 855-4800**  
fax: (718)855-4877  
e-mail: crimdefend @aol.com

**30 Jericho Executive Plaza**  
**Suite 100**  
**Jericho, N.Y. 11753**  
**(516) 227-2111**  
fax: (516) 739-2445

Via Fax and ECf

Hon. Shira Scheindlin  
United States District Court  
Southern District of NY

Re: United States v Sillah 07-cr-1063

RECEIVED JAN 2 4 2008 JUDGE SCHEINDLIN

Your Honor,

    The above matter is scheduled for a conference before you on January 25, 2008. I am presently on trial in the matter of People v Azeeze in the Supreme Court, Queens County in front of Judge D. Lewis. I am therefore requesting an adjournment of the conference for at least 3 weeks. I have left a message for AUSA Moyne to inform her of this request. The defendant requests that all time between tomorrow and the next status conference be excluded from any speedy trial time calculation

Your cooperation in this regard is greatly appreciated

Respectfully,

CHARLES S. HOCHBAUM

*Defendant's request is granted the conference previously scheduled for Jan. 25, 2008 is adjourned to Feb. 15, 2008, at 4:30 p.m. Time is to be excluded for purposes of the Speedy Trial Act SO ORDERED:*

Date: Jan. 24, 2008

Shira A. Scheindlin, USDJ