

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 7, 2008

By Facsimile

Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Bethany Sillah (SAS),
      07 Cr. 1063

Dear Judge Scheindlin:

The Government writes to respectfully inform the Court of the status of the plea discussions in the above-referenced case. As stated at the last conference, the parties have been in extensive plea negotiations, and expect to finalize a plea soon. However, defense counsel is currently out of town, and the parties were therefore unable to meet the plea date set by the Court. The Government respectfully request that another control date be set in two weeks, by which time the parties expect there to be a disposition.

Should the Court grant the request for a control date, the Government further respectfully requests that the Court exclude the time under the Speedy Trial Act until the new control date because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8).

Respectfully submitted,
MICHAEL J. GARCIA
United States Attorney

By: Parvin Moyne
    Assistant United States Attorney
    (212) 637-2510

cc:   Charles Hochbaum, Esq. *(by e-mail)*

*[Handwritten note: Request granted. Conference adjourned to April 22 at 3:30 and time excluded. So Ordered. 4/8/08]*

TOTAL P.02