P.02



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

RECEIVED
CHAMBERS OF
APR 22 2008
JUDGE SCHEINDLIN

April 21, 2008

**By Facsimile**

Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Bethany Sillah (SAS),
      08 Cr. 1063
      07

Dear Judge Scheindlin:

       The Government writes to respectfully inform the Court of the status of the plea discussions in the above-referenced case. Pursuant to the Court's referral, the defendant is scheduled to plead guilty before Magistrate Judge Douglas F. Eaton on April 24, 2008, at 10:30 a.m. Accordingly, the Government respectfully requests that the control date set for April 22, 2008, at 3:30 p.m., be adjourned and a new control date be set for early next week. Should the defendant plead guilty as expected, the Government will immediately inform the Court so that a sentencing date may be scheduled.

       Should the Court grant the request for a control date, the Government further respectfully requests that the Court exclude the time under the Speedy Trial Act until the new control date because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8).

*Adjourned to April 30 at 4:30 and time excluded.*
*So Ordered.*

Respectfully submitted,
MICHAEL J. GARCIA
United States Attorney

By: Parvin Moyne
    Assistant United States Attorney
    (212) 637-2510

cc:   Charles Hochbaum, Esq. *(by facsimile)*

*[Judge signature]*
*USDJ*
*4/22/08*

TOTAL P.02