# CHARLES S. HOCHBAUM
## ATTORNEY-AT-LAW

| | |
|---|---|
| **16 Court Street** | **30 Jericho Executive Plaza** |
| **Suite 1800** | **Suite 100** |
| **Brooklyn, NY 11241** | **Jericho, N.Y. 11753** |
| **(718) 855-4800** | **(516) 227-2111** |
| fax: (718)855-4877 | fax: (516) 739-2445 |
| e-mail: crimdefend @aol.com | |

June 27, 2008

Hon. Shira A. Scheindlin
United States District Court
Southern District of NY
500 Pearl Street
New York, NY 10007

Re: United States v Sillah 07-cr-1063

Your Honor,

    The above matter is scheduled for sentence before you on July 18, , 2008. I will be on vacation from July 15th through July 22nd and am therefore unavailable for the scheduled date. I will be available on any date thereafter that is agreeable to the court. I would therefore request an adjournment of the sentencing date

    Your cooperation in this regard is greatly appreciated

Respectfully,

CHARLES S. HOCHBAUM

cc: Ausa Parvin Moyne

*Request Granted. The sentence is adjourned to July 29, 2008 at 4:30 p.m. So Ordered.*

*7/1/08*

*U.S.D.J.*