UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x

UNITED STATES OF AMERICA        :

v.                              :      **ORDER**

BETHANY SILLAH,                 :      07 Cr. 1063 (SAS)

        Defendant.            :

------------------------------- x

      WHEREAS, with the defendant's consent, her guilty plea allocution was taken before the Honorable Douglas F. Eaton on April 24, 2008;

      WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Count One of Indictment 07 Cr. 1063 (SAS) knowingly and voluntarily, and that there is a factual basis for the guilty plea,

      IT IS ORDERED that the defendant's guilty plea be, and hereby is, ACCEPTED.

Dated: July 18, 2008.

                                        The Honorable Shira A. Scheindlin
                                        United States District Judge