# CHARLES S. HOCHBAUM
## ATTORNEY-AT-LAW

16 Court Street
Suite 1800
Brooklyn, NY 11241
(718) 855-4800
fax (718) 855-4877
e-mail crimdefend @aol.com

RECEIVED
CHAMBERS OF

JUL 2 2008

JUDGE SCHEINDLIN

30 Jericho Executive Plaza
Suite 100
Jericho, N.Y. 11753
(516) 227-2111
fax (516) 739-2445

FILED 7/24/08

Hon. Shira Scheindlin
United States District Court
Southern District of New York

via Fax: 212-805-7920

Re: USA v Sillah 07 CR 1063

Your Honor,

    The defendant hereby requests that the court grant the defendant permission to travel to Allentown Penn.on Saturday July 26, 2008 for the purpose of attending a family outing at the Dorney Park Amusement Center.

    I have attempted to reach Ausa Moyne with regard to this request however she is on trial and has not yet returned my calls.

cc: Ausa Moyne

Respectfully,

CHARLES S. HOCHBAUM

On

*The defendant's request is granted. The defendant may travel to Allentown, Pennsylvania on July 26, 2008.*

Dated: New York, New York
July 24, 2008

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.